LAKINDRA DIONNE TURNER
119 B WILLOW BROOK DR
CLINTON, MS 39056

SHELTER INSURANCE
PO BOX 6008
COLUMBIA, MO 65205

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

HEIGHTS FINANCE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389

IMAGINE CREDIT
PO BOX 105824
ATLANTA, GA 30348

JACKSON AREA FCU
ATTN: BANKRUPTCY
5675 HIGHWAY 18 WES
JACKSON, MS 39209

MAGNOLIA FEDERAL CU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

PRO COLLECT, INC
ATTN: BANKRUPTCY
12170 N ABRAMS RD
STE 100
DALLAS, TX 75243