**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:** **CASE NO. 26-02249-JAW**

**TURNER, LAKINDRA DIONNE**

**Debtor(s)**

## TRUSTEE'S NOTICE OF CHANGE OF STATUS

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

Date: 11/13/2026

Respectfully submitted,

EILEEN N. SHAFFER, Trustee