United States Bankruptcy Court
Southern District of Mississippi

In re:
Lakindra Dionne Turner
Debtor

Case No. 26-02249-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Nov 17, 2026 | Form ID: n023 | Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakindra Dionne Turner, 119 B Willow Brook Dr, Clinton, MS 39056-5802 |
| cr | + | Heights Finance, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5711865 | + | Shelter Insurance, PO Box 6008, Columbia, MO 65205-6008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@magfedcu.org | Nov 17 2026 19:22:00 | MAGNOLIA FEDERAL CREDIT UNION, 240 BRIARWOOD DR, JACKSON, MS 39206-3027 |
| 5711858 | + | EDI: CAPITALONE.COM | Nov 18 2026 00:14:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5711859 | + | Email/Text: bankruptcy@curo.com | Nov 17 2026 19:22:00 | Heights Finance, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5711860 | ^ | MEBN | Nov 17 2026 19:12:48 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5711861 | + | Email/Text: bankruptcy@webbank.com | Nov 17 2026 19:21:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5711862 | | Email/Text: jfields@jacksonareafcu.com | Nov 17 2026 19:22:00 | Jackson Area FCU, Attn: Bankruptcy, 5675 Highway 18 Wes, Jackson, MS 39209 |
| 5711863 | + | Email/Text: bankruptcy@magfedcu.org | Nov 17 2026 19:22:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5711864 | | Email/Text: clientinformation@procollect.com | Nov 17 2026 19:21:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lakindra Dionne Turner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:** **Case No.:** 26–02249–JAW

Lakindra Dionne Turner
aka LaKindra D Turner
119 B Willow Brook Dr
Clinton, MS 39056

**Chapter** 7

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx–xx–9637

**Debtor*

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 16, 2027**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Date: 11/17/26

Danny L. Miller, Clerk of Court

**Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

Form n023 Rev. 12/15 (B2040)